Fifth District Court of Appeals
George Allen Building
600 Commerce, 2nd Floor
Dallas, Texas 75202

July 28, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 06 2025

CHRISTOPHER A. PRINE
CLERK

FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS
2025 JUL 29 AM 11:35

## VOIDED JUDGMENT

Re: Cause No. CC-24-07085-A
     Case No. 05-25-00279-CV

To whom it may concern,

You are hereby being notified that the judgment made by this court dated February 26, 2025 for the cause No. CC-24-07085-A is hereby being VOIDED. because according to Rule 60(b)(4) which states the Supreme Court ruled that a "judgment is VOID if it lacked jurisdiction or violated due process." Espinosa V. USA Funds 559 U.S. 260 (2010)

According to Rule 60(b)(4), this court has violated both causes listed above, and this judgment is considered VOID. Notice to principal is notice to agent, and notice to agent is notice to principal. We demand that all fees paid into the court's registry be returned to us immediately.

Sincerely,

Charles-Lewis
UCC1-308
ShaBronda-Rena:Lewis©
UCC1-308   agent, for SHABRONDA RENA LACY TRUST

Cc: Ruben Morin, clerk
5th District Court of Appeals
600 Commerce, 2nd Floor
Dallas, Texas 75202


Cc: Fifteenth Court of Appeals
Willem P. Clements
State Office Building
300 W. 15th Street, Suite 607
Austin, Texas 78701
Christopher A. Prine, clerk


Cc: Dan Willems
6510 Abrams #400
Dallas, Texas 75231

②

Cause No. CC-24-07085-A

DAN WILLEMS                    IN THE COUNTY COURT
      *Plaintiff,*

vs.                            AT LAW NO. 1

CHARLES LEWIS
& ALL OTHER OCCUPANTS,          DALLAS COUNTY, TEXAS
      *Defendants,*

## JUDGMENT FOR POSESSION

On this 26th day of February 2025 in the above entitled and numbered cause, came the plaintiff and the defendant who announced ready for trial and appeared in person. The court, after having reviewed the pleadings and papers on file and considered the evidence presented and arguments of Counsel during the hearings held on November 6,2024, December 4, 2024,January 17, 2025, ,and February 26,2025, finds that the plaintiff has a superior and immediate right of possession to the property made the subject matter of this case: 1823 Wildwood Lane Glenn Heights, TX 75154, that plaintiff gave proper notice to vacate.

**IT IS ORDERED, ADJUDGED AND DECREED** the plaintiff have and recover of the defendant possession of the subject property at 1823 Wildwood Lane Glenn Heights, TX 75154, costs of court taxed against the defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all writs necessary to the enforcement of this Judgment and Orders, including, but not limited to a Writ of Possession, shall issue to the proper officer upon Plaintiff's request and shall require no further action by this Court, commanding said officer to seize possession of the said above-described premises and deliver same to Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the pursuant to Texas property code section 24.007, the supersedeas appeal bond is set as follows: $5,400 shall be due and payable into the county court registry within 10 days of the date of this signed judgment. Thereafter, $2,700

ORDER - 1

shall be due and payable into the county court registry on the first day of April 2025 and a like amount on the first day of each month thereafter for the duration of the term of the appeal. If the defendant fails to timely pay the full amount of $2700 as required on more than one occasion, the plaintiff may file with the county court a sworn motion that the defendant failed to pay as required with supporting documentation from the county court registry, and plaintiff must notify the defendant of the motion and the hearing date. If the evidence proves that defendant has failed to timely pay as required into the Court registry on more than one occasion, the defendant is not entitled to stay the issuance of the Writ and this court will immediately issue a writ of possession.

Signed this _26_ day of _Feb_ , 2025

_____
Presiding Judge

SIGNED BY _Kerry Fitzgerald_
SITTING FOR JUDGE OF
COUNTY COURT AT LAW NO. _1_

Charles-Lewis
c/o 1823 Wildwood Lane
Glenn Heights, Texas [75154]
Non-Domestic/Non-Assumpsit

CERTIFIED MAIL®

9589 0710 5270 2952 4139 11

Fifteeth Court of Appeals
Willem P. Clements
State Office Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

U.S. POSTAGE PAID
FCM LETTER
DALLAS, TX 75232
JUL 29, 2025
$10.48
S2321A500605-10

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 06 2025

CHRISTOPHER A. PRINE
CLERK

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE





**Retail**

UNITED STATES
POSTAL SERVICE®

RDC 99

78701